**Linda LEISURE, Appellant,**

v.

**Robert S. MUELLER, III, Director, Bureau of Investigations, in his official capacity and individually, Appellee.**

No. 03–5242.

United States Court of Appeals,
District of Columbia Circuit.

June 28, 2004.

Linda Leisure, Reynoldsburg, OH, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, Roscoe Conklin Howard, Jr., U.S. Attorney, Lydia Kay Griggsby, Peter D. Blumberg, U.S. Attorney's Office, Washington, DC, for Defendant–Appellee.

Before GINSBURG, Chief Judge, and EDWARDS and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 14, 2003 be affirmed. The court correctly held that appellant lacks standing to pursue generalized grievances, *see, e.g., Allen v. Wright,* 468 U.S. 737, 760, 104 S.Ct. 3315, 82 L.Ed.2d 556 (1984), and her assertion that appellee has targeted her personally is fanciful. *See Best v. Kelly,* 39 F.3d 328, 330–31 (D.C.Cir.1994); *Crisafi v. Holland,* 655 F.2d 1305, 1307–08 (D.C.Cir.1981) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.